IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNETH ROBINSON                                                                                    PLAINTIFF

v.                                       No. 3:14CV00267 JLH

NUCOR STEEL-ARKANSAS                                                                      DEFENDANT

## ORDER

Kenneth Robinson commenced this employment discrimination case against Nucor Corporation d/b/a Nucor Steel. Nucor Corporation Steel filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). After the motion to dismiss had been filed, Robinson filed an amended complaint which drops Nucor Corporation d/b/a Nucor Steel as a defendant and names as the defendant Nucor Steel-Arkansas.[1] The motion to dismiss filed by Nucor Corporation d/b/a Nucor Steel is therefore denied as moot. Document #3.

IT IS SO ORDERED this 29th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] It does not appear that summons has been issued for Nucor Steel-Arkansas.