**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KENNETH ROBINSON                                                                     PLAINTIFF

v.                                      No. 3:14CV00267 JLH

NUCOR CORPORATION
d/b/a NUCOR STEEL-ARKANSAS                                            DEFENDANT

### ORDER

The parties have filed a joint motion for extension of scheduling order deadlines. That motion is GRANTED. Document #20. The scheduling order previously entered is set aside, and this case is removed from the trial docket for the week of September 28, 2015. A new scheduling order will be entered separately.

IT IS SO ORDERED this 7th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE