# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KENNETH ROBINSON                                                            PLAINTIFF

v.                      No. 3:14CV00267 JLH

NUCOR CORPORATION
d/b/a NUCOR STEEL-ARKANSAS                               DEFENDANT

## ORDER

Without objection, the defendant's motion for continuance is GRANTED. Document #33. This matter is removed from the trial docket for the week of September 26, 2016. A new scheduling order will be entered separately.

IT IS SO ORDERED this 15th day of August, 2016.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE