# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KENNETH ROBINSON                                                                            PLAINTIFF

v.                        No. 3:14CV00267 JLH

NUCOR CORPORATION
d/b/a NUCOR STEEL-ARKANSAS                                     DEFENDANT

## ORDER

       Nucor Corporation's unopposed motion for extension of time to file reply is GRANTED. Document #40. Nucor's reply must be filed on or before September 20, 2016.

       IT IS SO ORDERED this 9th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE