**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

KENNETH ROBINSON                                           PLAINTIFF

v.                              No. 3:14CV00267 JLH

NUCOR CORPORATION d/b/a/ NUCOR STEEL                DEFENDANT

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Nucor Corporation, d/b/a Nucor Steel, on the claims of Kenneth Robinson. The complaint of Kenneth Robinson is dismissed with prejudice.

IT IS SO ORDERED this 29th day of September, 2016.

                                               _____
                                               J. LEON HOLMES
                                               UNITED STATES DISTRICT JUDGE